UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

In re:                                          Chapter 13
    Sietharath Chhun                          Case No. 26-10760-DJB

    Debtor

_____

**<u>NOTICE OF APPEARANCE</u>**

Please take notice that Orlans Law Group PLLC has been retained as Attorney for Creditor,

Ally Capital, in the entitled action. You are requested to serve a copy of each notice of any proceeding,

hearing and/or report in this matter, including, but not limited to notices required by pursuant to

Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the

undersigned at the address indicated below.

Date:  July 6, 2026

                                           Respectfully Submitted,

                                           */s/ Garrett M. Wilson*_____
                                           Elizabeth A. Trachtman, Esq. PA 333427
                                           Garrett M. Wilson, Esq. PA 338633
                                           Michele M. Bradford, Esq. PA 69849
                                           Orlans Law Group PLLC
                                           Attorney for Ally Capital
                                           200 Eagle Road, Bldg 2, Suite 120
                                           Wayne, PA 19087
                                           (484) 367-4191
                                           Email: etrachtman@orlans.com
                                           gwilson@orlans.com
                                           mbradford@orlans.com
                                           File Number: 26-006794